IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUIE N. HINES                                                                                                PETITIONER
ADC #148636

VS.                               CASE NO.: 5:12CV00142 SWW/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere in this case. In addition, the Court has considered Mr. Hines's objections to the Recommendation and has reviewed *de novo* those portions of the Recommendation to which Mr. Hines objects. This Court adopts the Recommendation as its own. Louie N. Hines's Petition for Writ of Habeas Corpus (docket entry #2) is dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 5th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE