# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LOUIE N. HINES**                                                                                                    **PETITIONER**
**ADC #148636**

**VS.**           **CASE NO.: 5:12CV00142 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                           **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Louie N. Hines's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (docket entry #2) is DISMISSED, with prejudice.

IT IS SO ORDERED this 5th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE