IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LOUIE N. HINES**                                                                   **PETITIONER**
**ADC #148636**

**VS.**                     **CASE NO.: 5:12CV00142 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Louie N. Hines's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (docket entry #2) is DISMISSED, with prejudice.

IT IS SO ORDERED this 5th day of September, 2012.

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE